Buck, Appellant, *v.* Industrial Valley Bank and Trust Company.

Argued November 10, 1972. Before Jones, C. J., Eagen, O'Brien, Pomeroy, Nix and Manderino, JJ.

*William Brodsky,* for appellant.

*Dennis R. Suplee,* with him *Schnader, Harrison, Segal and Lewis,* for appellees.

OPINION PER CURIAM, October 3, 1973:
Decree affirmed. Each party to pay own costs.
Mr. Justice ROBERTS took no part in the consideration or decision of this case.